[No. 35129-3-II.  Division Two.  June 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ALAN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01669-5, Stephen M. Warning, J., entered July 12, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 22023-1-III.  Division Three.  June 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE JONATHON KOSLOWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-02351-2, Michael W. Leavitt, J., entered April 24, 2003. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24846-1-III.  Division Three.  June 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH CLIFFORD FLEURY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-01302-9, Gregory D. Sypolt, J., entered December 8, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 24867-4-III.  Division Three.  June 14, 2007.]

MBNA AMERICA BANK, NA, *Respondent*, v. ROBERT E. MILES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-2-01977-7, Vic L. VanderSchoor, J., entered December 20, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ. Now published at 140 Wn. App. 511.